NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY F. RODRIGUEZ,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3035

---

Petition for review of the Merit Systems Protection Board in case no. DC844E090636-I-1.

---

**ON MOTION**

---

**ORDER**

Mary F. Rodriguez moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 19 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mary F. Rodriguez
     Ellen M. Lynch, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2011

JAN HORBALY
CLERK